**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 605 MAL 2021
                                         :
           Respondent             :
                                         :    Petition for Allowance of Appeal
                                         :    from the Order of the Superior Court
           v.                         :
                                         :
                                       :
TRISTAN VINCENT ROGERS,        :
                                       :
           Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.